UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JACK PETER MONGEON**
               Plaintiff(s),

v.

**CITY OF PORTLAND, OREGON, ET AL**
               Defendant(s).

Case No.: 3:13-cv-02013-ST

NOTICE TO SELF-REPRESENTED LITIGANTS

1. You may only represent yourself and not anyone else. Entities such as corporations can only be represented by an attorney.

2. Keep the court and opposing counsel advised in writing of your contact address, telephone number, and email address.

3. To obtain the assistance of an attorney, you should consider contacting the Oregon State Bar Lawyer Referral Service at 503-684-3763 or 800-452-7636. You also should contact opposing counsel to discuss possible resolution of your case.

4. You can find information about representing yourself in court, obtaining pro bono counsel, and researching matter of public record on the court's website at: http://ord.uscourts.gov/index.php/public.

5. This court has no power to appoint counsel and may request volunteer counsel only in exceptional cases. However, some law firms and individual lawyers are willing to review cases for possible pro bono representation. For more information on the court's volunteer pro bono program, visit the court's website at: http://ord.uscourts.gov/public/.

6. Federal Rule of Civil Procedure 4(m) requires you to serve Summons and a copy of your Complaint on each defendant within 120 days after the Complaint is filed. Otherwise, the court may dismiss your Complaint.

7. Discovery is not free. You will be required to pay for copies of documents produced by your opponent and for any depositions that you take.

8. Deadlines are important. You must comply with them. Request an extension of time prior to the expiration of a deadline.

9. You must follow all of the Federal Rules of Civil Procedure, as well as this court's Local Rules of Practice and Procedure which are available on the court's website at: http://ord.uscourts.gov.

10. Under Oregon law, you may not tape record conversations with opposing counsel without consent.

                                            s/Janice M. Stewart
                                            United States Magistrate Judge